MYERS *v.* CICOTT and Another.—In chancery.

*A.* AGREED to sell to *B.* a certain tract of land, which *B.* was to pay for by building a grist-mill for *A.* The deed for the land was to be executed, as soon as the deed to *A.* (whose grantor claimed title under an Indian treaty) should be approved by the president of the *United States.*

*Held,* that as no time was expressed in the agreement, within which the mill was to be built, it was to be built within a reasonable time.

*Held,* also,—without deciding whether before a reasonable time had elapsed for building the mill, *B.* could have sustained a bill in equity for a title to the land, without an allegation that the mill had been built,—that after such time had expired, a bill for that purpose could not be sustained without such an allegation, or a good cause assigned for its omission. *Cunningham* v. *Gwinn,* 4 Blackf. 341.